**\*E-FILED 11-18-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>       Plaintiff,<br>  v.<br><br>THE CALIFORNIA STATE UNIVERSITY,<br>SAN JOSE STATE UNIVERSITY,<br><br>       Defendant.<br>_____/ | No. C10-03437 HRL<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 13]** |

Defendant's request to continue the initial case management conference is granted. The initial case management conference will be held on **November 30, 2010, 1:30 p.m.** in Courtroom 2.

SO ORDERED.

Dated: November 18, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-03437-HRL Notice has been electronically mailed to:

Mary Susan Cain-Simon    Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov,

Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:10-cv-3437-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

      Pro Se Plaintiff

2