**\*E-FILED 04-05-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CALIFORNIA STATE UNIVERSITY;<br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____/ | Nos.　C09-05291 HRL<br>　　　　C09-05611 HRL<br>　　　　C10-03437 HRL<br>　　　　C10-05637 HRL<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO VACATE DISPOSITIVE MOTION DEADLINES** |

　　　　Defendant's motion to vacate currently scheduled deadlines for hearing dispositive motions in each of the above-listed cases is granted. Those deadlines are vacated and will be re-set, as may be appropriate, following resolution of defendant's motion to consolidate all of these lawsuits.

　　　　SO ORDERED.

Dated:　　April 5, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  Notice has been electronically mailed to:

2  Mary Susan Cain-Simon     Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

3

4  Notice mailed to:

5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA 95110

7         Pro Se Plaintiff