**United States District Court**
For the Northern District of California

***E-FILED 04-25-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA STATE UNIVERSITY;<br>SAN JOSE STATE UNIVERSITY,<br><br>        Defendant.<br>_____/ | No.   C10-03437 HRL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE MOTION HEARING**<br><br>[Re:   Docket No. 24] |

   The court having received no objection to plaintiff's request for a continuance, the May 3, 2011 hearing on defendant's Motion to Consolidate Cases (Docket No. 19) and Motion for Pre-Filing Order (Docket No. 20) is continued to **May 31, 2011, 10:00 a.m.** in Courtroom 2. Plaintiff's opposition papers shall be filed by **May 10, 2011**.  Defendant's reply papers shall be filed by **May 17, 2011**.

   SO ORDERED.

Dated:   April 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  Notice has been electronically mailed to:

2  Mary Susan Cain-Simon     Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

3

4  Notice mailed to:

5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA 95110

7           Pro Se Plaintiff